**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CALVIN W. TERRY, III**                                                          **PETITIONER**
**ADC #116765**

**v.**                              **CASE NO. 4:25-CV-01152-BSM**

**TIM RYALS**
**Sheriff, Faulker County, Arkansas**                                     **RESPONDENT**

**ORDER**

After careful review of the record, United States Magistrate Judge Edie R. Ervin's

recommended disposition [Doc. No. 6] is adopted, and Calvin Terry's petition for writ of

habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 26th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE