### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CALVIN W. TERRY, III**                                                                    **PETITIONER**
**ADC #116765**

**v.**                                    **CASE NO. 4:25-CV-01152-BSM**

**TIM RYALS**
**Sheriff, Faulker County, Arkansas**                                    **RESPONDENT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE